IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

MELINDA YPARREA, ET AL.                                                  PLAINTIFFS

V.                                               CIVIL ACTION NO. 3:06CV343 DPJ-JCS

WAL-MART STORES, INC.                                            DEFENDANT

ORDER

In this cause on this date, a hearing was held on Defendant Wal-Mart's motion to dismiss for improper venue or alternatively to transfer venue. For the reasons stated on the record, the Court finds that Defendant's motion to transfer venue should be granted.

IT IS HEREBY ORDERED that this case is transferred to the United States District Court for the Western District of Arkansas, Fayetteville Division.

**SO ORDERED** this the 29th day of August, 2007.

                                                  s/ *Daniel P. Jordan III*
                                                  UNITED STATES DISTRICT JUDGE